UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MELISSA PEREZ,                          CASE NUMBER:

    Plaintiff,

v.

EYETRUST VISION LLC, a
Florida Limited Liability Company,
and MATTHEW CHRYCY,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, Eyetrust Vision LLC ("Eyetrust") and Matthew Chrycy ("Chrycy") (collectively "Defendants") pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby file this Notice of Removal of the above-captioned action presently pending in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida; Case No. 19-012982 CA 01, and state as follows:

1. On April 30, 2019, Plaintiff, Melissa Perez ("Plaintiff") filed her Complaint against Defendants in the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida; Case No. 19-012982 CA 01.

2. The Complaint alleges violations of federal law which allegedly occurred within the Southern District of Florida. Specifically, paragraph 1 of the Complaint alleges a claim for damages resulting from Defendants' alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (the "FLSA").

1

3. The above described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 (Federal Question), and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441.

4. In accordance with 28 U.S.C. § 1446 (d), written Notice of the Filing of this Notice of Removal will be given to the adverse party, and copy of this notice will be filed with the Clerk of the Circuit Court, a copy of which is attached hereto as **Exhibit "A."** In accordance with 28 U.S.C. § 1446 (a), a copy of all process, pleadings and orders served upon Eyetrust Vision LLC and Matthew Chrycy are attached hereto as **Exhibit "B."**

5. Defendants consent to the removal of this action to the United States District Court for the Southern District of Florida.

Dated: May 17, 2019.

>Respectfully submitted,
>
>*/s/ Joshua M. Entin*
>Joshua M. Entin, Esq.
>Fla. Bar No. 493724
>ENTIN LAW GROUP, P.A.
>633 S. Andrews Avenue, Suite 500
>Ft. Lauderdale, Florida 33301
>Tel: (954) 761-7201 | Fax: (954) 764-2443
>E:mail: Josh@entinlaw.com
>***Attorney for Defendants***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 17, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Joshua M. Entin, Esq.*
Joshua M. Entin, Esquire

## SERVICE LIST

### PEREZ vs. EYETRUST VISION LLC., ET AL.
### CASE NUMBER:

Anthony M. Georges-Pierre, Esquire
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
E-Mail: agp@rgpattorneys.com
***Counsel for Plaintiff***
*Via CM/ECF Notice of Electronic Filing*

Max L. Horowitz, Esquire
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: (305) 416-5000
E-Mail: mhorowitz@rgpattorneys.com
***Counsel for Plaintiff***
*Via CM/ECF Notice of Electronic Filing*